IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SANTOS MENDOZA,

        Petitioner,                No. CIV S 07-1757 GEB GGH P

   vs.

M.D. McDONALD, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a response to respondents' November 19, 2007 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's December 20, 2007 request for an extension of time is granted; and

        2.  Petitioner is granted thirty days from the date of this order in which to file a response.

DATED: 01/08/08

                           /s/ Gregory G. Hollows

                           _____
                           GREGORY G. HOLLOWS
                           UNITED STATES MAGISTRATE JUDGE

GGH:cm
mend1757.111