IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SANTOS MENDOZA,

    Petitioner,                      No. CIV S-07-1757 GEB GGH P

    vs.

M.D. McDONALD, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a reply to respondent's reply to his opposition to respondent's motion to dismiss. A reply to a reply is not permitted by the Federal Rules of Civil Procedure.

        Accordingly, IT IS HEREBY ORDERED that petitioner's February 21, 2008, request for an extension of time is denied

DATED: 02/29/08                            /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
mend1757.111