IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SANTOS MENDOZA,

    Petitioner,             No. CIV S-07-1757 GEB GGH P

    vs.

M.D. McDONALD, et al.,

    Respondents.        <u>ORDER</u>

    _____/

    Petitioner has requested an extension of time to file objections to findings and recommendations pursuant to the court's order of April 16, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 12, 2008 request for an extension of time (Docket #18) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file objections to findings and recommendations.

DATED: 05/22/08

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:ja
mend1757.111(2)